Robinson & Rylander, P.C.
Attorneys At Law
St. Philip's Plaza
4340 North Campbell, Suite 266
Tucson, Arizona 85718
Office (520) 299-4922-Fax (520)299-1482

Daniel J. Rylander
PCB #64969 - Ariz. Bar #15279
Noreen A Cary
PCB#66272-Ariz.Bar#027116

Attorneys for Debtor.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 13 |
| | ) |
| RICHARD GRAY | ) Case No. 4:10-bk-34619-SMM |
| | ) |
| SS# XXX-XX-4098 | ) |
| | ) |
| | ) |
| Debtor | ) |

Declaration of Evidence of Employer's Payments Within 60 Days

- Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petitio

Debtor declares the foregoing to be true and correct under penalty of perjury.

Dated: 10/26/10

Signature of Debtor RICHARD GRAY

| Employee | | | | SSN | Status (Fed/St&) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Rick Gray, 9385 N. Waxwing Ct., Tucson, AZ 85742 | | | | ***-**-4098 | Single/Single | Fed-2/0/AZ-0/0 |
| | | | | Pay Period: 09/27/2010 - 10/03/2010 | | Pay Date: 10/10/2010 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 20:00 | 12.00 | 240.00 | 12,774.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -428.00 |
| Social Security Employee | -14.88 | -791.99 |
| Medicare Employee | -3.48 | -185.22 |
| AZ - Withholding | -8.64 | -146.77 |
| | -27.00 | -1,551.98 |

| Net Pay | 213.00 | 11,222.02 |
|---|---|---|

Southwest Trekking, PO Box 57714, Tucson, AZ 85732-7714 (520) 296-9661, SOUTHWEST TREKKING LLC

| Employee | | | | | SSN | Status (Fed/St | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Rick Gray, 9385 N. Waxwing Ct., Tucson, AZ 85742 | | | | | ***-**-4098 | Single/Single | Fed-2/0/AZ-0/0 |
| | | | | | Pay Period: 09/13/2010 - 09/19/2010 | | Pay Date: 09/26/2010 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 20:00 | 12.00 | 240.00 | 12,270.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -427.00 |
| Social Security Employee | -14.88 | -760.74 |
| Medicare Employee | -3.48 | -177.92 |
| AZ - Withholding | -8.64 | -128.63 |
| | -27.00 | -1,494.29 |
| Net Pay | 213.00 | 10,775.71 |

Southwest Trekking, PO Box 57714, Tucson, AZ 85732-7714 (520) 296-9661, SOUTHWEST TREKKING LLC

| Employee | | | | | | | SSN | Status (Fed/Stat) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|---|---|
| Rick Gray, 9385 N. Waxwing Ct., Tucson, AZ 85742 | | | | | | | ***-**-4098 | Single/Single | | Fed-2/0/AZ-0/0 |
| | | | | | | | Pay Period: 08/30/2010 - 09/05/2010 | | | Pay Date: 09/18/2010 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 15:00 | 12.00 | 180.00 | 12,030.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -427.00 |
| Social Security Employee | -11.16 | -745.86 |
| Medicare Employee | -2.61 | -174.44 |
| AZ - Withholding | -6.48 | -119.99 |
| | -20.25 | -1,467.29 |
| Net Pay | 159.75 | 10,562.71 |

Southwest Trekking, PO Box 57714, Tucson, AZ 85732-7714 (520) 296-9661, SOUTHWEST TREKKING LLC

Employee
Rick Gray, 9385 N. Waxwing Ct., Tucson, AZ 85742
SSN ***-**-4098  Status (Fed/Stat) Single/Single  Allowances/Extra Fed-2/0/AZ-0/0

Earnings and Hours  Qty  Rate  Current  YTD Amount

SOUTHWEST TREKKING LLC/PAYROLL ACCOUNT

**2240**

| Employee | | | | | SSN | Status (Fed/Sta) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Rick Gray, 9385 N. Waxwing Ct., Tucson, AZ 85742 | | | | | ***-**-4098 | Single/Single | Fed-2/0/AZ-0/0 |
| | | | | | Pay Period: 08/16/2010 - 08/22/2010 | | Pay Date: 08/29/2010 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 16:30 | 12.00 | 198.00 | 11,322.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -391.00 |
| Social Security Employee | -12.27 | -701.96 |
| Medicare Employee | -2.87 | -164.17 |
| AZ - Withholding | -5.35 | -94.50 |
| | -20.49 | -1,351.63 |

| Net Pay | 177.51 | 9,970.37 |
|---|---|---|

Southwest Trekking, PO Box 57714, Tucson, AZ  85732-7714 (520) 296-9661, SOUTHWEST TREKKING LLC

| Employee | | | | SSN | Status (Fed/Stat) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Rick Gray, 9385 N. Waxwing Ct., Tucson, AZ 85742 | | | | ***-**-4098 | Single/Single | Fed-2/0/AZ-0/0 |
| | | | | Pay Period: 10/04/2010 - 10/10/2010 | | Pay Date: 10/15/2010 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 25:00 | 12.00 | 300.00 | 13,074.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -4.00 | -432.00 |
| Social Security Employee | -18.60 | -810.59 |
| Medicare Employee | -4.35 | -189.57 |
| AZ - Withholding | -10.80 | -157.57 |
| | -37.75 | -1,589.73 |
| Net Pay | 262.25 | 11,484.27 |

Southwest Trekking, PO Box 57714, Tucson, AZ 85732-7714 (520) 296-9661, SOUTHWEST TREKKING LLC

2260

SOUTHWEST TREKKING LLC/PAYROLL ACCOUNT

| | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Employee | | | | | ***-**-4098 | Single/Single | Fed-2/0/AZ-0/0 |
| Rick Gray, 9385 N. Waxwing Ct., Tucson, AZ 85742 | | | | | Pay Period: 09/20/2010 - 09/26/2010 | | Pay Date: 10/01/2010 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 22:00 | 12.00 | 264.00 | 12,534.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -1.00 | -428.00 |
| Social Security Employee | -16.37 | -777.11 |
| Medicare Employee | -3.82 | -181.74 |
| AZ - Withholding | -9.50 | -138.13 |
| | -30.69 | -1,524.98 |
| Net Pay | 233.31 | 11,009.02 |

Southwest Trekking, PO Box 57714, Tucson, AZ 85732-7714 (520) 296-9661. SOUTHWEST TREKKING LLC

**SOUTHWEST TREKKING LLC/PAYROLL ACCOUNT**

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Rick Gray, 9385 N. Waxwing Ct., Tucson, AZ 85742 | | | | | ***-**-4098 | Single/Single | Fed-2/0/AZ-0/0 |
| | | | | | Pay Period: 08/30/2010 - 09/05/2010 | | Pay Date: 09/10/2010 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 44:00 | 12.00 | 528.00 | 11,850.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -36.00 | -427.00 |
| Social Security Employee | -32.74 | -734.70 |
| Medicare Employee | -7.66 | -171.83 |
| AZ - Withholding | -19.01 | -113.51 |
| | -95.41 | -1,447.04 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 432.59 | 10,402.96 |

Southwest Trekking, PO Box 57714, Tucson, AZ 85732-7714 (520) 296-9661, SOUTHWEST TREKKING LLC

Robinson & Rylander, P.C.
Attorneys At Law
St. Philip's Plaza
4340 North Campbell, Suite 266
Tucson, Arizona 85718
Office (520) 299-4922-Fax (520)299-1482

Daniel J. Rylander
PCB #64969 - Ariz. Bar #15279
Noreen A Cary
PCB#66272-Ariz.Bar#027116

Attorneys for Debtor.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 13 |
| | ) |
| BRIGID GRAY | ) Case No. 4:10-bk-34619-JMM |
| | ) |
| SS# XXX-XX-8851 | ) |
| | ) |
| | ) |
| | ) |
| Debtor | ) |

Declaration of Evidence of Employer's Payments Within 60 Days

- Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petitio

Debtor declares the foregoing to be true and correct under penalty of perjury.

Dated: 10-26-2010    _____
                    Signature of Debtor BRIGID GRAY

## EARNINGS:

| DESCRIPTION | RATE | HOURS | EARNINGS | Y-T-D | DESCRIPTION | RATE | HOURS | EARNINGS | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR EARNING | 35.4346 | 80.00 | 2,?77 | 51,025.86 | | | | | |

**DEDUCTIONS:**   * DENOTES PRE-TAX FEDERAL & STATE   ** DENOTES PRE-TAX FEDERAL, STATE & FICA

| DESCRIPTION | EMPLOYEE CURRENT | EMPLOYEE Y-T-D | EMPLOYER COST | EMPLOYER Y-T-D | DESCRIPTION | EMPLOYEE CURRENT | EMPLOYEE Y-T-D | EMPLOYER COST | EMPLOYER Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| FEDERAL TAX | 212.60 | 3,900.64 | .00 | .00 | EMPR HSA FEE | .00 | .00 | 1.75 | 23.25 |
| FICA/MED TAX | 201.73 | 3,651.81 | 201.73 | 3,651.81 | CHECKING ACCT | 1,829.67 | 28,058.72 | .00 | .00 |
| STATE TAX | 85.13 | 1,183.29 | .00 | .00 | | | | | |
| ASRS RETIREMEN* | 272.14 | 4,677.39 | 272.14 | 4,677.39 | | | | | |
| ASRS LTD | 7.09 | 182.87 | 7.09 | 182.87 | | | | | |
| UNITED HLTH 1 ** | 25.00 | 125.00 | 298.70 | 5,121.15 | | | | | |
| PIMA DENTAL 2 ** | 26.81 | 450.99 | 7.22 | 121.38 | | | | | |
| SUPPL LIFE2 ** | .00 | 85.80 | .00 | .00 | | | | | |
| SUPPL LIFE | 27.97 | 530.24 | .00 | .00 | | | | | |
| DEP LIFE | .63 | 10.95 | .00 | .00 | | | | | |
| HSA ** | 146.00 | 2,628.00 | 76.92 | 1,384.56 | | | | | |
| EMPR PD LIFE | .00 | .00 | 1.60 | 16.06 | | | | | |
| EMPR PD EAP | .00 | .00 | .21 | 3.78 | | | | | |
| EMPR PDWK COMP | .00 | .00 | 7.37 | 151.12 | | | | | |
| EMPR PDUNEMPLY | .00 | .00 | 4.65 | 60.69 | | | | | |

| PIMA COUNTY FINANCIAL OPERATIONS DIVISION 130 W. CONGRESS ST. 7TH FLOOR TUCSON, ARIZONA 85701 | BRIGID M GRAY INFORMATION TECHNOLOGY DEPT. 0000102625 | | | | PAY PERIOD BEGIN: 08-15-2010 PAY PERIOD END: 08-28-2010 DATE OF HIRE: 03/19/1995 | | | |
|---|---|---|---|---|---|---|---|---|
| WITHHOLDING ALLOWANCES: M/S FEDERAL M STATE % | # 02 3.6 | EXTRA | | | HRS: VAC SICK COMP HOL | EARN | USED 8.00 .00 .00 .00 | AVAIL 94.09 400.80 .00 .00 |
| ADVICE NUMBER 000000285 | | EARNINGS | TAXES | DEDUCTIONS | NET PAY | | | |
| | CURRENT: | 2,834.77 | 499.46 | 505.64 | 1,829.67 | | | |
| | Y-T-D: | 51,025.86 | 8,735.74 | 8,691.24 | 33,598.88 | | | |

US BANK, NA     1,829.67



## TREASURER OF PIMA COUNTY
TUCSON - ARIZONA, 85701

DATE
09-03-2010

PC GG  1000  232 0420     0000102625
BRIGID M GRAY
9385 N WAXWING CT
TUCSON             AZ 85742

000000285

## NON-NEGOTIABLE

**DEPOSIT ADVICE ONLY - NON NEGOTIABLE**

## EARNINGS:

| DESCRIPTION | RATE | HOURS | EARNINGS | Y-T-D | DESCRIPTION | RATE | HOURS | EARNINGS | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR EARNING | 35.4346 | 80.00 | 2,   .77 | 53,860.63 | | | | | |

**DEDUCTIONS:**   * DENOTES PRE-TAX FEDERAL & STATE   ** DENOTES PRE-TAX FEDERAL, STATE & FICA

| DESCRIPTION | EMPLOYEE CURRENT | EMPLOYEE Y-T-D | EMPLOYER COST | EMPLOYER Y-T-D | DESCRIPTION | EMPLOYEE CURRENT | EMPLOYEE Y-T-D | EMPLOYER COST | EMPLOYER Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| FEDERAL TAX | 212.60 | 4,113.24 | .00 | .00 | EMPR HSA FEE | .00 | .00 | .00 | 23.25 |
| FICA/MED TAX | 201.73 | 3,853.54 | 201.73 | 3,853.54 | CHECKING ACCT | 1,806.58 | 29,865.30 | .00 | .00 |
| STATE TAX | 85.13 | 1,268.42 | .00 | .00 | | | | | |
| ASRS RETIREMEN* | 272.14 | 4,949.53 | 272.14 | 4,949.53 | | | | | |
| ASRS LTD | 7.09 | 189.96 | 7.09 | 189.96 | | | | | |
| UNITED HLTH 1 ** | 25.00 | 150.00 | 298.70 | 5,419.85 | | | | | |
| PIMA DENTAL 2 ** | 26.81 | 477.80 | 7.22 | 128.60 | | | | | |
| SUPPL LIFE2 ** | .00 | 85.80 | .00 | .00 | | | | | |
| SUPPL LIFE | 51.06 | 581.30 | .00 | .00 | | | | | |
| DEP LIFE | .63 | 11.58 | .00 | .00 | | | | | |
| HSA ** | 146.00 | 2,774.00 | 76.92 | 1,461.48 | | | | | |
| EMPR PD LIFE | .00 | .00 | 1.60 | 17.66 | | | | | |
| EMPR PD EAP | .00 | .00 | .21 | 3.99 | | | | | |
| EMPR PDWK COMP | .00 | .00 | 7.37 | 158.49 | | | | | |
| EMPR PDUNEMPLY | .00 | .00 | 4.65 | 65.34 | | | | | |

| PIMA COUNTY FINANCIAL OPERATIONS DIVISION 130 W. CONGRESS ST. 7TH FLOOR TUCSON, ARIZONA 85701 | BRIGID M GRAY INFORMATION TECHNOLOGY DEPT. 0000102625 | | | | PAY PERIOD BEGIN: 08-29-2010 PAY PERIOD END: 09-11-2010 DATE OF HIRE: 03/19/1995 | | | |
|---|---|---|---|---|---|---|---|---|
| WITHHOLDING ALLOWANCES: M/S # EXTRA FEDERAL M 02 STATE % 3.6 | | | | | HRS: | EARN | USED | AVAIL |
| | | | | | VAC | | .00 | 100.56 |
| ADVICE NUMBER | | EARNINGS | TAXES | DEDUCTIONS | NET PAY | SICK | .00 | 404.50 |
| 000000271 | CURRENT: | 2,834.77 | 499.46 | 528.73 | 1,806.58 | COMP | .00 | .00 |
| | Y-T-D: | 53,860.63 | 9,235.20 | 9,219.97 | 35,405.46 | HOL | .00 | .00 |

US BANK, NA                 1,806.58



**TREASURER OF PIMA COUNTY**

TUCSON - ARIZONA, 85701

DATE
09-17-2010

PC GG  1000  232 0420       0000102625
BRIGID M GRAY
9385 N WAXWING CT
TUCSON                  AZ 85742

000000271

# NON-NEGOTIABLE

**DEPOSIT ADVICE ONLY - NON NEGOTIABLE**

## EARNINGS:

| DESCRIPTION | RATE | HOURS | EARNINGS | Y-T-D | DESCRIPTION | RATE | HOURS | EARNINGS | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR EARNING | 35.4346 | 80.00 | 2,834.77 | 48,191.09 | | | | | |

## DEDUCTIONS: *DENOTES PRE-TAX FEDERAL & STATE  **DENOTES PRE-TAX FEDERAL, STATE & FICA

| DESCRIPTION | EMPLOYEE CURRENT | EMPLOYEE Y-T-D | EMPLOYER COST | EMPLOYER Y-T-D | DESCRIPTION | EMPLOYEE CURRENT | EMPLOYEE Y-T-D | EMPLOYER COST | EMPLOYER Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| FEDERAL TAX | 212.60 | 3,688.04 | .00 | .00 | EMPR HSA FEE | .00 | .00 | .00 | 21.50 |
| FICA/MED TAX | 201.73 | 3,450.08 | 201.73 | 3,450.08 | CHECKING ACCT | 1,829.67 | 26,229.05 | .00 | .00 |
| STATE TAX | 85.13 | 1,098.16 | .00 | .00 | | | | | |
| ASRS RETIREMEN* | 272.14 | 4,405.25 | 272.14 | 4,405.25 | | | | | |
| ASRS LTD | 7.09 | 175.78 | 7.09 | 175.78 | | | | | |
| UNITED HLTH 1 ** | 25.00 | 100.00 | 298.70 | 4,822.45 | | | | | |
| PIMA DENTAL 2 ** | 26.81 | 424.18 | 7.22 | 114.16 | | | | | |
| SUPPL LIFE2 ** | .00 | 85.80 | .00 | .00 | | | | | |
| SUPPL LIFE | 27.97 | 502.27 | .00 | .00 | | | | | |
| DEP LIFE | .63 | 10.32 | .00 | .00 | | | | | |
| HSA ** | 146.00 | 2,482.00 | 76.92 | 1,307.64 | | | | | |
| EMPR PD LIFE | .00 | .00 | 1.60 | 14.46 | | | | | |
| EMPR PD EAP | .00 | .00 | .21 | 3.57 | | | | | |
| EMPR PDWK COMP | .00 | .00 | 7.37 | 143.75 | | | | | |
| EMPR PDUNEMPLY | .00 | .00 | 4.65 | 56.04 | | | | | |

```
PIMA COUNTY                         BRIGID M GRAY                    PAY PERIOD BEGIN: 08-01-2010
FINANCIAL OPERATIONS DIVISION       INFORMATION TECHNOLOGY DEPT.     PAY PERIOD END:   08-14-2010
130 W. CONGRESS ST. 7TH FLOOR       0000102625
TUCSON, ARIZONA       85701                                          DATE OF HIRE: 03/19/1995
WITHHOLDING ALLOWANCES: M/S    #           EXTRA
        FEDERAL         M      02                                    HRS:    EARN    USED    AVAIL
        STATE %         3.6                                          VAC             8.00    95.62
ADVICE NUMBER                  EARNINGS    TAXES    DEDUCTIONS  NET PAY   SICK    .00    397.10
000000285         CURRENT:     2,834.77   499.46    505.64     1,829.67   COMP    .00      .00
                  Y-T-D:      48,191.09 8,236.28  8,185.60    31,769.21   HOL     .00      .00
```

US BANK, NA                    1,829.67



# TREASURER OF PIMA COUNTY
TUCSON - ARIZONA, 85701

DATE
08-20-2010

PC GG  1000  232 0420      0000102625
BRIGID M GRAY
9385 N WAXWING CT
TUCSON              AZ 85742

## NON-NEGOTIABLE

000000285

**DEPOSIT ADVICE ONLY - NON NEGOTIABLE**

# EARNINGS:

| DESCRIPTION | RATE | HOURS | EARNINGS | Y-T-D |
|---|---|---|---|---|
| REGULAR EARNING | 35.4346 | 80.00 | 2,834.77 | 45,356.32 |

| DESCRIPTION | RATE | HOURS | EARNINGS | Y-T-D |
|---|---|---|---|---|

# DEDUCTIONS: * DENOTES PRE-TAX FEDERAL & STATE     ** DENOTES PRE-TAX FEDERAL, STATE & FICA

| DESCRIPTION | EMPLOYEE CURRENT | EMPLOYEE Y-T-D | EMPLOYER COST | EMPLOYER Y-T-D | DESCRIPTION | EMPLOYEE CURRENT | EMPLOYEE Y-T-D | EMPLOYER COST | EMPLOYER Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| FEDERAL TAX | 212.60 | 3,475.44 | .00 | .00 | EMPR HSA FEE | .00 | .00 | 1.75 | 21.50 |
| FICA/MED TAX | 201.72 | 3,248.35 | 201.72 | 3,248.35 | CHECKING ACCT | 1,829.68 | 24,399.38 | .00 | .00 |
| STATE TAX | 85.13 | 1,013.03 | .00 | .00 | | | | | |
| ASRS RETIREMEN* | 272.14 | 4,133.11 | 272.14 | 4,133.11 | | | | | |
| ASRS LTD | 7.09 | 168.69 | 7.09 | 168.69 | | | | | |
| UNITED HLTH 1 ** | 25.00 | 75.00 | 298.70 | 4,523.75 | | | | | |
| PIMA DENTAL 2 ** | 26.81 | 397.37 | 7.22 | 106.94 | | | | | |
| SUPPL LIFE2 ** | .00 | 85.80 | .00 | .00 | | | | | |
| SUPPL LIFE | 27.97 | 474.30 | .00 | .00 | | | | | |
| DEP LIFE | .63 | 9.69 | .00 | .00 | | | | | |
| HSA ** | 146.00 | 2,336.00 | 76.92 | 1,230.72 | | | | | |
| EMPR PD LIFE | .00 | .00 | 1.60 | 12.86 | | | | | |
| EMPR PD EAP | .00 | .00 | .21 | 3.36 | | | | | |
| EMPR PDWK COMP | .00 | .00 | 7.37 | 136.38 | | | | | |
| EMPR PDUNEMPLY | .00 | .00 | 4.65 | 51.39 | | | | | |

| PIMA COUNTY FINANCIAL OPERATIONS DIVISION 130 W. CONGRESS ST. 7TH FLOOR TUCSON, ARIZONA 85701 | BRIGID M GRAY INFORMATION TECHNOLOGY DEPT. 0000102625 EXTRA | | | | DATE OF HIRE: 03/19/1995 PAY PERIOD BEGIN: 07-18-2010 PAY PERIOD END: 07-31-2010 |
|---|---|---|---|---|---|

| WITHHOLDING ALLOWANCES: | M/S | # | | | | HRS: | EARN | USED | AVAIL |
|---|---|---|---|---|---|---|---|---|---|
| FEDERAL | M | 02 | | | | VAC | .00 | .00 | 97.15 |
| STATE % | 3.6 | | EARNINGS | TAXES | DEDUCTIONS | NET PAY | SICK | .00 | 393.40 |
| | | | 2,834.77 | 499.45 | 505.64 | 1,829.68 | COMP | .00 | .00 |
| ADVICE NUMBER | | CURRENT: | 45,356.32 | 7,736.82 | 7,679.96 | 29,939.54 | HOL | .00 | .00 |
| 000000277 | | Y-T-D: | | | | | | | |

1,829.68

US BANK, NA



**TREASURER OF PIMA COUNTY**
TUCSON - ARIZONA, 85701

DATE
08-06-2010

PC GG 1000 232 0420      0000102625
BRIGID M GRAY
9385 N WAXWING CT        AZ 85742
TUCSON

000000277

**NON-NEGOTIABLE**

DEPOSIT ADVICE ONLY - NON NEGOTIABLE