Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ 85741
Telephone (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: ) | CHAPTER 13 PROCEEDINGS |
| ) | |
| RICHARD J GRAY ) | CASE NO.: 10-34619-TUC-JMM |
| BRIGID M GRAY ) | |
| ) | **TRUSTEE'S CONDITIONAL** |
| ) | **OBJECTION TO EXEMPTIONS** |
| ) | |
| Debtors ) | |

      Dianne C. Kerns, the Trustee in the above-captioned estate, hereby conditionally objects to all exemptions listed in Debtor's Schedule C Property Claimed as Exempt. This conditional objection is filed as a precautionary matter for the purpose of preserving the right to object to exemptions in the event that information regarding the same does not become available in a timely fashion. No response is required unless and until the Trustee files an unconditional objection to a specific exemption.

Dated: November 19, 2010

/s/ Dianne C. Kerns  011557
Dianne C. Kerns, Esq.
Chapter 13 Trustee

Copy of the foregoing was electronically filed with U.S. Bankruptcy Court, mailed to the Debtors, and noticed via ECF Summary to the representing attorney on 11/19/2010:

RICHARD J GRAY
BRIGID M GRAY
9385 N WAXWING CT
TUCSON, AZ 85742

DANIEL RYLANDER
ROBINSON & RYLANDER PC
4340 N CAMPBELL AVE
STE 266
TUCSON, AZ 85718

Submitted by Nancy Strickler